FILED: June 26, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1638
(1:22-cv-00140-MSN-IDD)

_____

CURTIS LEVAR WELLS, JR.

      Plaintiff - Appellant

v.

JAVIER FUENTES, Badge #1666; SCOTT WANEK, Badge #1137; MICHAEL P. ARMSTRONG, Badge #331; ASHLEY BARNICKLE, Badge #1574; LAUREN LUGASI, Badge #1625; KIMBERLY SOULES, Badge #1630; AUSTIN KLINE, Badge #1720; JOHN VANAK, Badge #1399; KEITH SHEPHERD; COUNTY OF ARLINGTON; ARLINGTON COUNTY POLICE DEPARTMENT; JOHN DOES 1 through 10; UNITED STATES OF AMERICA

      Defendants - Appellees

_____

O R D E R

_____

The court grants leave to file separate briefs, and the length of each brief shall not exceed the length limitations established by the Federal Rules of Appellate Procedure. <u>See</u> Fed. R. App. P. 32(a)(7) & 28.1(e).

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk