## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **CURTIS LEVAR WELLS, JR.,** *Plaintiff-Appellant*, | ) ) ) |
| v. | )    Case No.    23-1638 ) |
| **JAVIER FUENTES,** et al., *Defendants-Appellees*, | ) ) ) ) |

## SECOND MOTION
## FOR EXTENSION OF BRIEFING DEADLINES
## (UNOPPOSED)

Appellant Curtis Levar Wells, Jr. hereby moves the Court for an order extending the briefing deadlines on the bases and for good cause as follows:

1. On June 9, 2023, Mr. Wells noted his appeal in this matter.

2. On June 26, 2023, Appellant requested, and the Appellees agreed to jointly move for an extension of the deadlines in this matter and, on June 29, 2023, the Court granted such extension.

3. Presently, the Joint Appendix and Opening Brief are due on September 7, 2023.

4. Presently, the Appellees' Response Briefs are due October 20, 2023.

5. Presently, the Reply Brief, if any, is due by November 9, 2023.

6. Due to the factual density and legal complexity of this matter, Appellant is engaging co-counsel for the instant Appeal; in an effort to streamline the

appellate review for the Court, and to afford sufficient time for co-counsel to be retained, to notice his appearance, and to complete Appellant's Brief, additional time is requested, to serve the interests of justice and a fair adjudication on the merits of this case.

7. Good cause is satisfied by the fact that counsel for Appellant has made substantial efforts and with due diligence to appropriately and fully brief the significant and complex topics identified in the district court's June 2, 2023, Memorandum Opinion; that is, this request is not being made due to a want of diligence, but instead because of the significant and important legal and factual issues and the limited resources of Appellant and counsel for Appellant.

8. Undersigned counsel sought whether counsel for each Appellee opposed the instant Motion and counsel indicated by email that they do not oppose the instant Motion.

9. To wit, Appellant respectfully requests the Court order a modification of the briefing schedule as follows:
    a. Opening Brief due October 30, 2023
    b. Joint Appendix due October 30, 2023
    c. Response Briefs due December 15, 2023
    d. Reply Brief(s), if any, due January 5, 2024

WHEREFORE, Appellant respectfully requests the Court to enter an order extending the deadlines for filing the Opening Brief to October 30, 2023, the Joint Appendix to October 30, 2023, the Response Briefs to December 15, 2023, and the Reply Brief, if any, to January 5, 2024.

**Dated August 21, 2023.**

>Respectfully submitted,
>
>Curtis Wells,
>
>By: /s/ Matthew A. Crist
>Counsel
>
>Matthew A. Crist
>mcrist@MACPLLC.net
>Matthew A. Crist, PLLC
>10432 Balls Ford Rd., Suite 300
>Manassas, VA 20109
>(571) 551-6859
>***Counsel for Appellant***

## CERTIFICATE OF SERVICE

I hereby certify on this day, August 21, 2023, that the foregoing paper was filed and served with the Clerk of Court via the Court's CM/ECF system, which will send notice of such filing to all registered users.

>/s/ Matthew A. Crist
>Matthew A. Crist
>***Counsel for Appellant***