FILED: August 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1638
(1:22-cv-00140-MSN-IDD)

_____

CURTIS LEVAR WELLS, JR.

   Plaintiff - Appellant

v.

JAVIER FUENTES, Badge #1666; SCOTT WANEK, Badge #1137; MICHAEL P. ARMSTRONG, Badge #331; ASHLEY BARNICKLE, Badge #1574; LAUREN LUGASI, Badge #1625; KIMBERLY SOULES, Badge #1630; AUSTIN KLINE, Badge #1720; JOHN VANAK, Badge #1399; KEITH SHEPHERD; COUNTY OF ARLINGTON; ARLINGTON COUNTY POLICE DEPARTMENT; JOHN DOES 1 through 10; UNITED STATES OF AMERICA

   Defendants - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 10/30/2023

Opening brief due: 10/30/2023

Response brief due: 12/15/2023

Any reply brief:  01/05/2024

For the Court--By Direction

/s/ Patricia S. Connor, Clerk