# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 8, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 23-1638,  <u>Curtis Wells, Jr. v. Javier Fuentes</u>
              1:22-cv-00140-MSN-IDD

TO:   Curtis Levar Wells

FILING CORRECTION DUE:  January 11, 2024

Please make the correction identified below and refile the reply brief by the date indicated.

---

[ X ] Incorrect event used. Please refile the reply brief using [BRIEF] as the docket event and choosing "REPLY" as the type of brief.

Donna Lett, Deputy Clerk
804-916-2704