FILED: January 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1638
(1:22-cv-00140-MSN-IDD)
_____

CURTIS LEVAR WELLS, JR.

   Plaintiff - Appellant

v.

JAVIER FUENTES, Badge #1666; SCOTT WANEK, Badge #1137; MICHAEL P. ARMSTRONG, Badge #331; LAUREN LUGASI, Badge #1625; KIMBERLY SOULES, Badge #1630; AUSTIN KLINE, Badge #1720; JOHN VANAK, Badge #1399; KEITH SHEPHERD; ARLINGTON COUNTY POLICE DEPARTMENT; JOHN DOES 1 through 10; UNITED STATES OF AMERICA

   Defendants - Appellees

and

ASHLEY BARNICKLE, Badge #1574; COUNTY OF ARLINGTON,

   Defendants

_____

O R D E R
_____

Upon consideration of appellant's unopposed motion for leave to file two

reply briefs or, alternatively, to enlarge the word limit of the reply brief to 8,000 words and extend the deadline for filing said brief to January 16, 2024, the court grants the motion.

                                                For the Court

                                                <u>/s/ Nwamaka Anowi, Clerk</u>