# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 5, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No. 23-1638,   <u>Curtis Wells, Jr. v. Javier Fuentes</u>
         1:22-cv-00140-MSN-IDD

TO:   United States of America
      Michael P. Armstrong
      Lauren Lugasi
      John 1-10 Does
      Austin Kline
      Kimberly Soules
      Keith Shepherd
      John Vanak
      Arlington County Police Department
      Scott Wanek
      Curtis Levar Wells
      Javier Fuentes

RESPONSE DUE: 02/08/2024

Response is required to the notice requesting information regarding similar cases on or before 02/08/2024. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Donna Lett, Deputy Clerk
804-916-2704