UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1638
(1:22-cv-00140-MSN-IDD)

_____

CURTIS LEVAR WELLS, JR.

   Plaintiff - Appellant

v.

JAVIER FUENTES, Badge #1666; SCOTT WANEK, Badge #1137; MICHAEL P. ARMSTRONG, Badge #331; LAUREN LUGASI, Badge #1625; KIMBERLY SOULES, Badge #1630; AUSTIN KLINE, Badge #1720; JOHN VANAK, Badge #1399; KEITH SHEPHERD; JOHN DOES 1 through 10; UNITED STATES OF AMERICA

   Defendants - Appellees

and

ASHLEY BARNICKLE, Badge #1574; COUNTY OF ARLINGTON

   Defendants

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge

requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

                                                For the Court

                                                /s/ Nwamaka Anowi, Clerk