UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1638
(1:22-cv-00140-MSN-IDD)

———————————

CURTIS LEVAR WELLS, JR.

      Plaintiff - Appellant

v.

JAVIER FUENTES, Badge #1666; SCOTT WANEK, Badge #1137; MICHAEL P. ARMSTRONG, Badge #331; LAUREN LUGASI, Badge #1625; KIMBERLY SOULES, Badge #1630; AUSTIN KLINE, Badge #1720; JOHN VANAK, Badge #1399; KEITH SHEPHERD; JOHN DOES 1 through 10; UNITED STATES OF AMERICA

      Defendants - Appellees

and

ASHLEY BARNICKLE, Badge #1574; COUNTY OF ARLINGTON

      Defendants

———————————

M A N D A T E

———————————

The judgment of this court, entered January 22, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*